No. 429. ALICE HARN ET AL. *v.* INTERSTATE BUILDING AND LOAN COMPANY ET AL. Error to the Supreme Court of the State of Oklahoma. Motion to dismiss or affirm submitted February 28, 1921. Decided March 7, 1921. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726. *Alice Harn* and *Mr. W. F. Harn,* pro se. *Mr. Enoch A. Chase* and *Mr. W. F. Wilson* for defendants in error.

----

No. 612. UNITED STATES FIDELITY & GUARANTY COMPANY ET AL. *v.* TRAVELERS INSURANCE MACHINE COMPANY. Error to the Court of Appeals of the State of Kentucky. Motion to dismiss or affirm submitted February 28, 1921. Decided March 7, 1921. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726. *Mr. William Marshall Bullitt* for plaintiffs in error. *Mr. David R. Castleman* for defendant in error.